John E. Bohyer
Paul N. Tranel
Ryan T. Heuwinkel
BOHYER, ERICKSON, BEAUDETTE & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana  59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email:  mail@bebtlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

---

| | |
|---|---|
| PENNSYLVANIA LUMBERMENS MUTUAL INS. CO, | Cause No. CV 16-45-M-DLC-JDL |
| Plaintiff, | THE HON. DANA L. CHRISTENSEN |
| -vs.- | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| ROCKY MOUNTAIN HOLDING COMPANY, TECH WOOD INDUSTRIES, INC., PIONEER LOG COMPANY, and JPCO, LLC, | |
| Defendant. | |

---

The parties, by and through their respective counsel of record, hereby stipulate and agree that the above-referenced matter be dismissed with prejudice as fully settled on the merits, each party to bear its own costs and attorneys' fees.

DATED this 12th day of May, 2016.

/s/ Nathan Wagner
Nathan Wagner
DATSOPOULOS, MACDONALD & LIND, P.C
Attorney for Defendants Rocky Mountain
Holding and Tech Wood Industries, Inc.

DATED this 12th day of May, 2016.

/s/ Martin S. King
Martin S. King
WORDEN THANE, P.C.
Attorney for Defendants
Pioneer Log Company & JPCO, LLC.

DATED this 12th day of May, 2016.

/s/ Ryan T. Heuwinkel
Ryan T. Heuwinkel
BOHYER, ERICKSON,
BEAUDETTE & TRANEL, P.C.
Attorneys for Plaintiff