IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PENNSYLVANIA LUMBERMENS MUTUAL INS. CO.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROCKY MOUNTAIN HOLDING COMPANY, TECH WOOD INDUSTRIES, INC., PIONEER LOG COMPANY, and JPCO, LLC,<br><br>　　　　　Defendants. | CV 16–45–M–DLC–JCL<br><br><br>ORDER |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 6),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 13th day of May, 2016.

_____
Dana L. Christensen, Chief District Judge
United States District Court